## CASE ANNOUNCEMENTS

*August 14, 2014*

[Cite as *08/14/2014 Case Announcements*, 2014-Ohio-3492.]

## MOTION AND PROCEDURAL RULINGS

2013-1472.   **In re Adoption of Rules for Alternative & Renewable Energy Technology, Resources & Climate Regulations.**
Public Utilities Commission, No. 08–888–EL–ORD. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for admission pro hac vice of Robert Kelter, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.